FLN (Rev. 4/2004) Deficiency Order                                                                 Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ORESTES CABRERA

     vs                                                    Case No.3:09cv128-RV/MD

US DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA

## ORDER

Plaintiff's document, **TITLE OF YOUR PLEANDING [sic],THE NATURE OF MY REQUEST IS FULL INVESTIGATION IN THE DISTRICT COURT PROCESS SYSTEM . . .** received on 4/20/2009 by the clerk's office, was referred to the undersigned with the following deficiencies:

> Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, **the proper case style**, the case number and **the title of your pleading.  The title shall include a clear, concise and specific identification of the document being filed.** The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 27th day of APRIL, 2009.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**