IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORESTES CABRERA,
    Plaintiff,

vs.                          CASE NO.: 3:09cv128/RV/MD

U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA, et al.,
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 2, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

    DONE AND ORDERED this 1st day of July, 2009.

                                          /s/ *Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE